# United States Court of Appeals
## For the First Circuit

---

### NOTICE OF APPEARANCE

**No.** 19-1818 **Short Title:** State of Rhode Island v. Shell Oil Prod. Co., LLC, et al.

The Clerk will enter my appearance as counsel on behalf of ***(please list names of all parties represented, using additional sheet(s) if necessary)***: The National League of Cities; The U.S. Conference of Mayors, and the International Municipal Lawyers Association as the

[ ] appellant(s) [ ] appellee(s) [✓] amicus curiae

[ ] petitioner(s) [ ] respondent(s) [ ] intervenor(s)

Robert S. Peck (signature)
Signature

December 24, 2019
Date

Robert S. Peck
Name

Center for Constitutional Litigation, PC
Firm Name (if applicable)

(202) 944-2874
Telephone Number

455 Massachusetts Ave., NW, #152
Address

(646) 365-3382
Fax Number

Washington, DC 20001
City, State, Zip Code

robert.peck@cclfirm.com
Email (required)

Court of Appeals Bar Number: 1192138

Has this case or any related case previously been on appeal?

[✓] No [ ] Yes Court of Appeals No.____________

---

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 24, 2019, I electronically filed the foregoing document with the Clerk of Court through the CM/ECF system. I further certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing.

s/ Robert S. Peck

*Counsel for Amici Curiae*