# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

No. 19-1818

STATE OF RHODE ISLAND

Plaintiff-Appellee,

v.

SHELL OIL PRODUCTS COMPANY, LLC; CHEVRON CORP.; CHEVRON
USA, INC.; EXXONMOBIL CORP.; BP, PLC; BP AMERICA, INC.; BP
PRODUCTS NORTH AMERICA, INC.; ROYAL DUTCH SHELL PLC;
MOTIVA ENTERPRISES, LLC; CITGO PETROLEUM CORP.;
CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66;
MARATHON OIL COMPANY; MARATHON OIL CORPORATION;
MARATHON PETROLEUM CORP.; MARATHON PETROLEUM COMPANY,
LP; SPEEDWAY, LLC; HESS CORP.; LUKOIL PAN AMERICAS LLC;
GETTY PETROLEUM MARKETING, INC.,

Defendants-Appellants.

## RULE 42 DISMISSAL AGREEMENT AS TO  DEFENDANT/APPELLANT
## LUKOIL PAN AMERICAS, LLC

Now come the parties and pursuant to Rule 42 of the Federal Rules of Appellate
Procedure do hereby stipulate and agree that Defendant-Appellant, LUKOIL PAN
AMERICAS, LLC is hereby dismissed from this pending appeal.  In filing and/or
agreeing to this agreement all parties reserve all rights including – but not limited to- any
and all defenses and objections as to service, venue and personal jurisdiction.  The parties
further agree that as to Defendant/Appellant Lukoil Pan Americas, LLC, each party shall
bear its own costs and fees including attorneys fees.  Counsel for LUKOIL PAN

1

AMERICAS, LLC has secured the assent of all parties whose electronic signatures appear herein.

PRESENTED BY:

Dated:  April 13, 2020

*/s/ Samuel A. Kennedy-Smith*
Lauren Motola-Davis, Esq.
Court of Appeals Bar No. 6365
Samuel A. Kennedy-Smith, Esq.
Court of Appeals Bar No. 1165298
LEWIS BRISBOIS BISGAARD & SMITH LLP
1 Citizen Plaza, Suite 1120
Providence, RI 02903
Tel: (401) 406-3313
Fax: (401) 406-3312
E-mail: Lauren.MotolaDavis@lewisbrisbois.com
E-mail: samuel.kennedy-smith@lewisbrisbois.com

*Attorneys for Defendant-Appellant*
*Lukoil Pan Americas, LLC*

AGREED TO BY:

By: /s/ Neil F.X. Kelly

Neil F.X. Kelly
Assistant Attorney General, Deputy Chief of
the Civil Division (#4515)
DEPARTMENT OF THE ATTORNEY
GENERAL
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
nkelly@riag.ri.gov

Victor M. Sher (*pro hac vice*)
Matthew K. Edling (*pro hac vice*)
Timothy R. Sloane (*pro hac vice*)
Martin D. Quifiones (*pro hac vice*)
Meredith S. Wilensky (*pro hac vice*)
Katie H. Jones (*pro hac vice*)
SHER EDLING LLP
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Tel: (628) 231-2500
vic@sheredling.com
matt@sheredling.com
tim@sheredling.com
marty@sheredling.com
meredith@shered1ing.com
katie@sheredling.com

*Attorneys for Plaintiff State of Rhode Island*

By: /s/ Gerald J. Petros

Gerald J. Petros (#2931)
Robin L. Main (#4222)
Ryan M. Gainor (#9353)
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, RI 02903
(401) 274-2000 (Telephone)
(401) 277-9600 (Fax)
E-mail: gpetros@hinckleyallen.com
E-mail: rmain@hinckleyallen.com
E-mail: rgainor@hinckleyallen.com

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  jlipshutz@gibsondunn.com

Neal S. Manne (*pro hac vice*)
SUSMAN GODFREY  LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
E-mail: nmanne@susmangodfrey.com

*Attorneys for Defendants CHEVRON CORP.
and CHEVRON U.S.A., INC.*

4

By: /s/ _John A. Tarantino_

John A. Tarantino (#2586)
Patricia K. Rocha (#2793)
Nicole J. Benjamin (#7540)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel.: (401) 427-6262
Fax: (401) 351-4607
E-mail: jtarantino@apslaw.com
E-mail: procha@apslaw.com
E-mail: nbenjamin@apslaw.com


Matthew T. Heartney (admitted _pro hac vice_)
ARNOLD & PORTER KAYE SCHOLER
LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail:  matthew.heartney@apks.com
E-mail:  john.lombardo@apks.com


Philip H. Curtis (admitted _pro hac vice_)
Nancy Milburn (admitted _pro hac vice_)
ARNOLD & PORTER KAYE SCHOLER
LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
E-mail:  philip.curtis@apks.com
E-mail:  nancy.milburn@apks.com


_Attorneys for Defendants BP P.L.C. and
BP AMERICA INC.; BP PRODUCTS NORTH
AMERICA INC._

By: /s/ _Michael J. Colucci_

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499
E-mail: mjc@olenn-penza.com

Steven M. Bauer (_pro hac vice_)
Margaret A. Tough (_pro hac vice_)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
PHONE: (415) 391-0600
FAX: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

Sean C. Grimsley, Esq. (_pro hac vice_)
Jameson R. Jones, Esq. (_pro hac vice_)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
PHONE: (303) 592-3100
FAX: (303) 592-3140
E-mail: sean.grimsley@bartlit-beck.com
E-mail: jameson.jones@bartlit-beck.com

_Attorneys for Defendants
CONOCOPHILLIPS and
CONOCOPHILLIPS COMPANY_

5

By: /s/ *Robert G. Flanders, Jr.*

Robert G. Flanders, Jr. (#1785)
Timothy K. Baldwin (#7889)
WHELAN, CORRENTE, FLANDERS,
KINDER & SIKET LLP
100 Westminster Street, Suite 710
Providence, RI 02903
PHONE: (401) 270-4500
FAX: (401) 270-3760
E-mail: rflanders@whelancorrente.com
E-mail: tbaldwin@whelancorrente.com

Steven M. Bauer (*pro hac vice*)
Margaret A. Tough (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
PHONE: (415) 391-0600
FAX: (415) 395-8095
E-mail: steven.bauer@lw.com
E-mail: margaret.tough@lw.com

*Attorneys for Defendant*
*PHILLIPS 66*

By: /s/ *Matthew T. Oliverio*

Matthew T. Oliverio, Esquire (#3372)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
Tel.: (401) 861-2900
Fax: (401) 861-2922
E-mail: mto@om-rilaw.com

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Jaren E. Janghorbani (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail: twells@paulweiss.com
E-Mail: dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

*Attorneys for Defendant*
*EXXON MOBIL CORPORATION*

By: */s/ Jeffrey B. Pine*

Jeffrey B. Pine (SB 2278)
Patrick C. Lynch (SB 4867)
LYNCH & PINE
One Park Row, 5th Floor
Providence, RI 02903
Tel: (401) 274-3306
Fax: (401) 274-3326
E-mail: JPine@lynchpine.com
E-mail: Plynch@lynchpine.com

Shannon S. Broome (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
50 California Street
San Francisco, CA 94111
Tel: (415) 975-3718
Fax: (415) 975-3701
E-mail: SBroome@HuntonAK.com

Shawn Patrick Regan (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 309-1046
Fax: (212) 309-1100
E-mail: SRegan@HuntonAK.com

Ann Marie Mortimer (*pro hac vice*)
HUNTON ANDREWS KURTH LLP
550 South Hope Street, Suite 2000
Los Angeles, CA 90071
Tel: (213) 532-2103
Fax: (213) 312-4752
E-mail: AMortimer@HuntonAK.com

*Attorneys for Defendants*
*MARATHON PETROLEUM*
*CORPORATION; MARATHON*
*PETROLEUM COMPANY LP; SPEEDWAY*
*LLC*

By: */s/ Jeffrey S. Brenner*

Jeffrey S. Brenner (#04369)
Justin S. Smith (#10083)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1000
Facsimile: (866) 947-0883
E-mail:
jbrenner@nixonpeabody.com
E-mail: jsmith@nixonpeabody.com

Jerome C. Roth (*pro hac vice*)
Elizabeth A. Kim (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
E-mail: jerome.roth@mto.com
E-mail: elizabeth.kim@mto.com

David C. Frederick (*pro hac vice*)
Brendan J. Crimmins (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
E-mail: dfrederick@kellogghansen.com
E-mail: bcrimmins@kellogghansen.com

*Attorneys for Defendants ROYAL DUTCH*
*SHELL PLC and SHELL OIL PRODUCTS*
*COMPANY LLC*

By: */s/ Stephen M. Prignano*

Stephen M. Prignano (3649)
MCINTYRE TATE LLP
321 South Main Street, Suite 400
Providence, RI 02903
Tel.: (401) 351-7700
Email: sprignano@mcintyretate.com

Robert Reznick (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
1152 15th Street, NW
Washington, DC 20005
Tel: (202) 339-8400
Facsimile: (202) 339-8500
Email: rreznick@orrick.com

James Stengel (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000
Facsimile: (212) 506-5151
Email: jstengel@orrick.com

Attorneys for Defendants *MARATHON OIL
CORPORATION and MARATHON OIL
COMPANY*

By: */s/ Jason C. Preciphs*

Jason C. Preciphs (#6727)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE, INC.
10 Weybosset Street, Suite 800
Providence, RI 02903-2808
Telephone: (401) 521-2331
Facsimile: (401) 521-1328
Email: jpreciphs@rcfp.com

J. Scott Janoe (*pro hac vice*)
Matthew Allen (*pro hac vice*)
BAKER BOTTS L.L.P.
910 Louisiana Street, Suite 3200
Houston, Texas 77002-4995
Telephone: (713) 229-1553
Facsimile: (713) 229 7953
Email: scott.janoe@bakerbotts.com
Email: matt.allen@bakerbotts.com

Megan Berge (*pro hac vice*)
BAKER BOTTS L.L.P.
1299 Pennsylvania Ave, NW
Washington, D.C. 20004-2400
Telephone: (202) 639-1308
Facsimile: (202) 639-1171
Email: megan.berge@bakerbotts.com

*Attorneys for Defendant HESS CORP.*

By: /s/ *Stephen J. MacGillivray*

John E. Bulman, Esq. (#3147)
Stephen J. MacGillivray, Esq. (#5416)
PIERCE ATWOOD LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
Telephone: 401-588-5113
Fax: 401-588-5166
E-mail: jbulman@pierceatwood.com
E-mail: smacgillivray@pierceatwood.com

Nathan P. Eimer, Esq. (*pro hac vice*)
Pamela R. Hanebutt, Esq. (*pro hac vice*)
Lisa S. Meyer, Esq. (*pro hac vice*)
EIMER STAHL LLP
224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Facsimile: (312) 692-1718
E-mail: neimer@EimerStahl.com
E-mail: phanebutt@EimerStahl.com
E-mail: lmeyer@EimerStahl.com

Attorneys for Defendant *CITGO*
*PETROLEUM CORP.*

By: /s/ *Jeffrey S. Brenner*

Jeffrey S. Brenner (#04369)
Justin S. Smith (#10083)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, Rhode Island 02903
Telephone: (401) 454-1000
Facsimile: (866) 947-0883
E-mail: jbrenner@nixonpeabody.com
E-mail: jsmith@nixonpeabody.com

*Attorneys for Defendant*
*MOTIVA ENTERPRISES, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2020, this document was electronically filed and served on all counsel of record via the Court's CM/ECF system.

/s/ *Samuel Kennedy-Smith, Esq.*

9