# United States Court of Appeals
## For the First Circuit

No. 19-1818

STATE OF RHODE ISLAND

Plaintiff - Appellee

v.

SHELL OIL PRODUCTS COMPANY, LLC; CHEVRON CORP.; CHEVRON USA, INC.; EXXONMOBIL CORP.; BP, PLC; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; ROYAL DUTCH SHELL PLC; MOTIVA ENTERPRISES, LLC; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORP.; MARATHON PETROLEUM COMPANY, LP; SPEEDWAY, LLC; HESS CORP.; LUKOIL PAN AMERICAS LLC; DOES 1-100

Defendants - Appellants

GETTY PETROLEUM MARKETING, INC.

Defendant

**CALENDARING NOTICE**

Issued: July 28, 2020

Consistent with public health guidance and ongoing efforts to mitigate the risk of community transmission of COVID-19, **the court will conduct oral argument remotely in this case on Friday, September 11, 2020** at **9:30 a.m.**, in lieu of in-person appearance. There will be no continuance except for grave cause.

Given the continued public health restrictions and limits on public access to the courthouse, the court will also provide live audio access to such arguments, unless the court closes the proceedings to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 7 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at [www.ca1.uscourts.gov](http://www.ca1.uscourts.gov). If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

Counsel who will be presenting (or assisting presenting counsel at) oral argument are hereby ordered to attend a remote conference on Wednesday, September 2, 2020 at 9:00 a.m. to review relevant procedures for the hearing. Additional information about this virtual meeting will be sent via email to the email address included on counsel's Designation Form.

The identity of the panel will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to the Calendaring Clerk, Daniel Toomey, 617-748-9982.


By the Court:

Maria R. Hamilton, Clerk


cc:
Matthew B. Allen
Timothy K. Baldwin
Steven Mark Bauer
Nicole J. Benjamin
Megan Berge
Theodore J. Boutrous Jr.
Jeffrey S. Brenner
Shannon S. Broome
John E. Bulman
Michael J. Colucci
Brendan J. Crimmins
Philip H. Curtis
Matthew Kendall Edling
Nathan P. Eimer
Robert G. Flanders Jr.
Sean C. Grimsley
Pamela R. Hanebutt

Matthew Hardin  
Matthew T. Heartney  
Peter Huffman  
Jaren Janghorbani  
Jacob Scott Janoe  
Raphael Janove  
Jameson R. Jones  
Peter D. Keisler  
Neil F. X. Kelly  
Grace W. Knofczynski  
Steven Paul Lehotsky  
Joshua S. Lipshutz  
Tobias Loss-Eaton  
Patrick C. Lynch  
Stephen John MacGillivray  
Robin-Lee Main  
Neal S. Manne  
William Thomas Marks  
Lisa S. Meyer  
Nancy Gordon Milburn  
Ann Marie Mortimer  
Scott Lawrence Nelson  
Matthew Thomas Oliverio  
Patrick Parenteau  
Robert S. Peck  
Gerald J. Petros  
Jeffrey B. Pine  
Jason Christopher Preciphs  
Stephen M. Prignano  
Shawn Patrick Regan  
Robert P. Reznick  
Patricia K. Rocha  
William A. Rossbach  
Seth Schofield  
Kannon K. Shanmugam  
Jonathan A. Shapiro  
Victor Marc Sher  
Gerson H. Smoger  
James L. Stengel  
John A. Tarantino  
Anthony Tarricone  
Daniel J. Toal  
William M. Tong  
Margaret Tough  
Ryan Walsh  
Theodore V. Wells Jr.

Amy Christine Williams-Derry
Corrie J. Yackulic
Evan Young